DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————————

V.C.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0395

———————————————————

March 25, 2026

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.